# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>FIVE DIAMOND COLD STORAGE, INC., et al.,<br><br>    Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER DENYING STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS<br><br>(ECF Nos. 12, 18) |

On April 19, 2024, Defendants filed a motion to dismiss. (ECF No. 12.) The hearing on the motion has been continued to May 22, 2024. (ECF No. 16.) On April 19, 2024, the parties filed a stipulation to modify the briefing schedule to extend Plaintiff's deadline to file the opposition from April 23, 2024 to April 30, 2024 and Defendants' deadline to file the reply from May 3, 2024 to May 17, 2024. (ECF No. 18.) However, the parties fail to proffer any reason in their sparse stipulation why the briefing schedule provided by Local Rule 230(c)-(d) is insufficient. The Court further notes the requested modification to the briefing schedule allowing Defendants through Friday, May 17, 2024 to file their reply brief would impose undue burden on the Court in its preparation for the Wednesday, May 22, 2024 hearing. The Court finds the stipulation is not supported by good cause and shall therefore deny the stipulation to modify the briefing schedule.

/ / /

Accordingly, IT IS HEREBY ORDERED that the parties' stipulation to alter the briefing schedule on Defendants' motion to dismiss is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **April 22, 2024**

_____
UNITED STATES MAGISTRATE JUDGE