# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIVE DIAMOND COLD STORAGE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; CONTINUING HEARING UNTIL MAY 28, 2024<br><br>(ECF Nos. 12, 20) |

On April 9, 2024, Defendants filed a motion to dismiss the first amended complaint. (ECF No. 12.) On April 19, 2024, the parties filed a stipulation to modify the briefing schedule to extend Plaintiff's deadline to file an opposition from April 23, 2024 to April 30, 2024 and Defendants' deadline from May 3, 2024 to May 17, 2024 due to Plaintiff's counsel's unavailability. (ECF No. 20.) The parties further propose the Court continue the hearing, currently set for May 22, 2024, to an unspecified date. (ECF No. 20-1 at 2.) The Court finds good cause to grant the stipulation.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the briefing schedule on Defendants' motion to dismiss (ECF No. 20) is GRANTED;
2. Plaintiff shall file any opposition to Defendants' motion to dismiss on or before April 30, 2024;
3. Defendants shall file any reply on or before May 17, 2024; and
4. The hearing on Defendants' motion to dismiss set for May 22, 2024, is CONTINUED to **May 28, 2024, at 3:00 p.m. in Courtroom 9**.

IT IS SO ORDERED.

Dated:   **April 23, 2024**

UNITED STATES MAGISTRATE JUDGE