# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>FIVE DIAMOND COLD STORAGE, INC., et al.,<br><br>        Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER VACATING MAY 28, 2024 HEARING ON DEFENDANTS' MOTION TO DISMISS<br><br>(ECF Nos. 12, 21) |

A hearing is currently set for May 28, 2024, regarding Defendants' motion to dismiss. (ECF Nos. 12, 21.) Having considered the parties' briefing, the Court finds this matter suitable for decision without oral argument and shall vacate the hearing set for May 28, 2024.

Accordingly, IT IS HEREBY ORDERED that the hearing regarding Defendants' motion to dismiss set for May 28, 2024, at 3:00 p.m. in Courtroom 9, is VACATED and shall be taken under submission.

IT IS SO ORDERED.

Dated:   **May 23, 2024**

UNITED STATES MAGISTRATE JUDGE

1