# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES,<br><br>       Plaintiff,<br><br>    v.<br><br>FIVE DIAMOND COLD STORAGE, INC., et al.,<br><br>       Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE FIVE DIAMOND COLD STORAGE, INC. AS A PARTY IN THIS ACTION<br><br>(ECF No. 31) |

On August 2, 2024, the parties filed a stipulation to dismiss Defendant Five Diamond Cold Storage, Inc. from this action without prejudice. The parties also stipulated that the statute of limitations for Plaintiff's claims against Defendant Five Diamond Cold Storage, Inc. would be tolled until the termination of this action.

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice."); but see Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action."). "Filing a notice of voluntary dismissal with the court automatically terminates the action as to

1 the defendants who are the subjects of the notice." Concha, 62 F.3d at 1506.

2     Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Five Diamond Cold Storage, Inc. as a defendant in this action.

IT IS SO ORDERED.

Dated: **August 5, 2024**

_____
UNITED STATES MAGISTRATE JUDGE