# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES, on behalf of herself and those similarly situated and the State of California,<br><br>Plaintiff,<br><br>v.<br><br>GROW SMART LABOR, INC., et al.,<br><br>Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER RE: MOTION TO COMPEL AND FOR SANCTIONS<br><br>(ECF No. 37)<br><br>**JANUARY 24, 2025 DEADLINE** |

Before the Court is Plaintiff's motion to compel further discovery responses and for sanctions against Defendant Grow Smart Labor, Inc. (ECF No. 37.) The parties filed a joint statement re: discovery disagreement (ECF No. 38), and the Court held a hearing on the matter on December 4, 2024. The Court HEREBY ORDERS that Defendant Grow Smart Labor, Inc. shall have through **January 24, 2025**, to produce, or hand over for inspection, the relevant discovery. Should the parties continue to have discovery disputes, they are encouraged to utilize the Court's informal discovery dispute procedures, which is available on the Court's website.

Plaintiff's request for sanctions is DENIED.

IT IS SO ORDERED.

Dated:   **December 4, 2024**

STANLEY A. BOONE
United States Magistrate Judge