# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES,<br><br>  Plaintiff,<br><br>  v.<br><br>GROW SMART LABOR, INC., et al.,<br><br>  Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 50) |

On May 1, 2025, the parties filed a stipulation to alter the scheduling order, which the Court construes as a motion to modify the scheduling order. (ECF No. 49.) The parties proffer requested extension of time is due to the delays in obtaining timekeeping and payroll records which bear directly on class certification.[1] This is the parties' first request to modify the scheduling order. The Court finds good cause exists to grant the stipulated motion.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 50) is GRANTED. The scheduling order is thus modified as follows:

    a. Pre-Certification Non-Expert Discovery: **December 29, 2025**

    b. Pre-Certification Expert Discovery: **March 26, 2026**;

---

[1] Although the parties also proffer that they wish to resolve Plaintiff's pending motion for sanctions related to these delays (ECF No. 44) without Court involvement, no notice to withdraw the motion has been filed. Absent such notice, the matter remains on calendar for May 7, 2025.

      c.    Pre-Certification Expert Disclosure: **December 29, 2025**;

      d.    Pre-Certification Rebuttal Expert Disclosure: **February 13, 2026**; and

      e.    Certification Motion Filing: **May 14, 2026**.

2.    All other aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **May 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2