# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES, *on behalf of herself and those similarly situated and the State of California*,<br><br>Plaintiff,<br><br>v.<br><br>GROW SMART LABOR, INC., et al.,<br><br>Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER VACATING MAY 7, 2025 HEARING REGARDING MOTION FOR SANCTIONS<br><br>(ECF Nos. 44, 52) |

On March 12, 2025, Plaintiff filed a motion for sanctions, which is currently set for a hearing on May 7, 2025. (ECF Nos. 44, 49.) Following the Court's order granting a stipulation to modify the scheduling order, Plaintiff has withdrawn her motion for sanctions. (ECF Nos. 51, 52.) Accordingly, the Court hereby VACATES the May 7, 2025 hearing.

IT IS SO ORDERED.

Dated:   **May 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge