# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES,<br><br>    Plaintiff,<br><br>  v.<br><br>GROW SMART LABOR, INC., et al.,<br><br>    Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 60) |

Before the Court is the parties' stipulation to continue expert disclosure deadlines in the Court's scheduling order. (ECF Nos. 51, 60.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

    Disclosure of pre-certification expert witnesses:    February 13, 2026

    Disclosure of pre-certification expert rebuttal witnesses:    February 27, 2026

IT IS SO ORDERED.

Dated: __**December 30, 2025**__

STANLEY A. BOONE  
United States Magistrate Judge