# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES,<br>Plaintiff,<br>v.<br>GROW SMART LABOR, INC., et al.,<br>Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER SETTING SCHEDULING CONFERENCE |

As relevant here, on July 22, 2024, Plaintiff filed her second amended complaint—stylized as a putative class action—bringing wage and hour claims. (ECF No. 30.) On August 5, 2024, Defendant answered, and on September 6, 2024, the Court held a scheduling conference. Because Plaintiff sought to proceed as a putative class, the Court bifurcated discovery with the first phase of discovery relating to class certification. (ECF No. 36, p. 2.) On May 14, 2026, Plaintiff moved to certify class. (ECF No. 62.) The motion was fully briefed (ECF Nos. 63, 64) and on September 21, 2026, the assigned District Judge adopted in part the Court's findings and recommendations recommending denial of motion to certify class and, nonetheless, denied the motion. (ECF No. 71.)

Because the District Judge has denied the motion to certify class, the Court SETS a scheduling conference in this matter for **October 27, 2026, at 11:30 a.m.**, in order to set a scheduling order in the case between Plaintiff and Defendants only, including setting a trial date.

A joint scheduling report, carefully prepared and executed by all parties, shall be filed one **(1) full week prior** to the scheduling conference.

IT IS SO ORDERED.

Dated: **September 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge