# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA REYES, *on behalf of herself and those similarly situated and the State of California*,<br><br>Plaintiff,<br><br>v.<br><br>GROW SMART LABOR, INC., et al.,<br><br>Defendants. | Case No. 1:24-cv-00028-JLT-SAB<br><br>ORDER RE: STIPULATION TO STAY MATTER PENDING APPEAL<br><br>(ECF No. 73) |

On September 21, 2026, the District Judge denied Plaintiff's motion to certify class. (ECF No. 71.) On October 8, 2026, Plaintiff filed a notice, as required by Local Rule 205(3), that she had filed a petition for permission to appeal, pursuant to Federal Rule of Civil Procedure 23(f). (ECF No. 73.) On October 9, 2026, the parties filed a stipulation to stay this case pending the disposition of the application for permission to appeal. (ECF No. 74.)

For good cause shown, the Court approves the stipulation and ORDERS:

1. All proceedings, dates, and deadlines in this action shall be STAYED pending the Ninth Circuit's disposition of Plaintiff's Rule 23(f) petition and further order of this Court.
2. The October 20, 2026 joint scheduling report deadline and the October 27, 2026 scheduling conference shall be VACATED.

3. Within seven (7) days after the Ninth Circuit disposes of the petition, the Parties shall file a joint status report advising this Court of the disposition and proposing next steps. If the petition is granted, the report shall state the Parties' positions concerning whether the stay should continue during the appeal.

4. The stay shall remain in effect until further order of this Court.

5. Nothing in this stipulation relieves any Party of its obligation to preserve evidence or waives any claim, defense, or appellate position.

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge